IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR : <br> INDUSTRY PENSION, HEALTH BENEFIT : <br> AND EDUCATIONAL FUNDS, : <br>                   Plaintiffs, : <br>                          : <br> v.                        : <br>                        : <br> REGENCY ELEVATOR PRODUCT CORP., : <br>                   Defendant. : | CIVIL ACTION <br><br><br><br><br> NO. 02-3618 |

**<u>ORDER</u>**

AND NOW, this 18th day of July, 2002, it is hereby ORDERED that plaintiffs' motion to vacate order of dismissal (Docket No. 4) is GRANTED.

In light of the Consent Judgment entered this date, it is further ORDERED that this case is CLOSED.

                                                     BY THE COURT:

                                                     _____

                                                     RONALD L. BUCKWALTER, J.