IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT AND EDUCATIONAL FUNDS, | : : : : |
| Plaintiffs, | : : |
| v. | : CIVIL ACTION NO. 02-3618 |
| REGENCY ELEVATOR PRODUCT CORP. | : : : |
| Defendant. | : |

**PRAECIPE TO MARK JUDGMENT SATISFIED**

TO THE CLERK:

    Please mark the judgment in the above-captioned matter as JUDGMENT SATISFIED.

                                                          Respectfully submitted,

Date: April 22, 2003                        **O'DONOGHUE & O'DONOGHUE**
                                                   Constitution Place, Suite 515
                                                   325 Chestnut Street
                                                   Philadelphia, PA 19106
                                                   Telephone (215) 629-4970
                                                   Facsimile (215) 629-4996

                                                   By: _____
                                                        Robert P. Curley
                                                        Attorney I.D. No. 55760

                                                   By: _____
                                                        David D. Capuano
                                                        Attorney I.D. No. 70238

                                                   Attorneys for Plaintiffs